*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

TUWANNA BRADLEY                                                Plaintiff(s)

v.                            5:09CV00395 SWW

ALLEGIANCE HEALTH MANAGEMENT, INC., ET AL            Defendant(s)

### ORDER

By order February 26, 2010, the Court directed that the parties participate in a Rule 26(f) conference and file a report by May 27, 2010. The proposed trial in this matter is December 6, 2010, however no final scheduling order will be issued until the Rule 26(f) report is filed.

IT IS THEREFORE ORDERED that counsel file the Rule 26(f) report forthwith.

DATED this 19th day of July 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE