# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TUWANNA BRADLEY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:09CV00395  SWW |
| ALLEGIANCE HEALTH | * | |
| MANAGEMENT, INC, d/b/a | * | |
| Inspiration Counseling Center; and | * | |
| TIFFANY KAGEBEIN | * | |
| | * | |
| Defendants | * | |
| | * | |

## ORDER

Before the Court is Plaintiff's motion to dismiss this case with prejudice. Plaintiff reports that the parties have settled this matter and that all terms of the settlement have been completed. The motion to dismiss (docket entry #35) is GRANTED. This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1st DAY OF MARCH, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE